UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PAUL LASLIE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:18-CV-01346-JCC<br><br><br>ORDER |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will instruct the Administrative Law Judge (ALJ) to: (1) provide Plaintiff an opportunity for a new hearing; (2) reevaluate the opinion evidence in accordance with 20 C.F.R. § 404.1527 and § 416.927; (3) reassess Plaintiff's residual functional capacity in accordance with Social Security Ruling (SSR) 96-8p; and, (4) if warranted, obtain supplemental vocational expert evidence or otherwise comply

with SSR 00-4p to resolve apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the Dictionary of Occupational Titles.

This case is reversed and remanded to the ALJ on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 19th day of April, 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2240
Fax: (206) 615-2531
kathryn.a.miller@ssa.gov