THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL S. LASLIE,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

CASE NO. C18-1346-JCC

ORDER

This matter comes before the Court on the parties' stipulated motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA") (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $6,336.64, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

The check or checks shall be made payable to Tha Win, based on Plaintiff's assignment of this amount to his attorney. (Dkt. No. 16-3.) The check shall be mailed to Plaintiff's attorney's office: 606 Maynard Avenue South, Suite 201, Seattle WA 98104.

//

//

//

DATED this 20th day of May 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE